UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

ROMEO M.,

Plaintiff,

Civil No. 2:26-cv-10497
Hon. Matthew F. Leitman

v.

FRANK BISIGNANO,
COMMISSIONER
OF SOCIAL SECURITY,

Defendant.
______________________________________________________________/

**JUDGMENT**

In accordance with the Order Remanding Case Under Sentence Four Per Parties' Stipulation entered on this date,

It is ORDERED AND ADJUDGED that the case is REVERSED AND REMANDED to the Commissioner of Social Security for further proceedings in accordance with that order.

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: October 13, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 13, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126